## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| WYLETHA THERESA WOODS | : | CASE NO. 18-63329-lrc |
| | : | |
| Debtor. | : | |

## MOTION TO EXTEND TIME TO PAY FILING FEE

COMES NOW Debtor, Wyletha Theresa Woods, in the above styled case, and files this Consent Motion to Extend Time to Pay Filing Fees respectfully shows the Court the following:

1.

On August 8, 2018 Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code. (Doc. 1)

2.

An Application to Pay Filing Fee in Installments was filed on August 8, 2018. (Doc. 6)

3.

An Order Denying Application by Debtor to Pay Filing Fees in Installments was entered on August 9, 2018 (Doc. 10) requiring the debtor to pay $235.00 within 7 days from entry of the order.

4.

The section 341 Meeting of Creditors is scheduled for September 25, 2018 at 1:00pm in Room 368, Atlanta. (Doc. 8)

5.

The Debtor needs additional time to pay the remaining amount of the filing fee. The Debtor's Employee Deduction Order started August 16, 2018, and her employer made a mistake and took too much money out of her paycheck leaving her with limited funds and unable to pay the $235.00.

6.

Based on the foregoing, Debtor respectfully requests that the Court extend the deadline to pay the filing fee on or before August 30, 2018.

WHEREFORE, Debtor prays that this Motion be granted.

Dated this 17th day of August 2018.

Respectfully Submitted,

___/s/_____
Howard Slomka, Esq
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| WYLETHA THERESA WOODS | : | CASE NO. 18-63329-lrc |
| | : | |
| Debtor. | : | |

CERTIFICATE OF SERVICE

    I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Melissa J. Davey
Standing Ch 13 Trustee
260 Peachtree Street NW
Suite 200
Atlanta, GA 30303

SEE ATTACHED FOR ADDITIONAL LIST OF CREDITORS

Dated: August 17, 2018

                                             ____/s/_____
                                             Howard Slomka
                                             Georgia Bar No. 652875
                                             Slipakoff & Slomka
                                             2859 Paces Ferry Road
                                             Suite 1700
                                             Atlanta, Georgia 30339

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-63329-lrc<br>Northern District of Georgia<br>Atlanta<br>Fri Aug 17 14:46:56 EDT 2018 | Atlanta Rental Property<br>2408 Mount Vernon Road<br>Suite 150<br>Atlanta, GA 30338-3004 | Bridgecrest<br>7300 E Hampton Ave<br>Mesa, AZ 85209-3324 |
| Melissa J. Davey<br>Melissa J. Davey, Standing Ch 13 Trustee<br>Suite 200<br>260 Peachtree Street, NW<br>Atlanta, GA 30303-1236 | Enhanced Recovery Co L<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | NCEP, LLC<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Perfection Collection<br>313 E 1200 S<br>Orem, UT 84058-6972 |
| Portfolio Recov Assoc<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Professional Credit Se<br>400 International Way<br>Springfield, OR 97477-7004 | Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III - Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-6213 |
| SunTrust Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | SunTrust Bank<br>SunTrust Bank,  Support Services<br>Bankruptcy Department<br>P.O. Box 85092<br>Richmond, VA 23286-0001 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| Webbank/fingerhut Fres<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Wyletha Theresa Woods<br>2544 Boulder Springs Point<br>Ellenwood, GA 30294-1764 | World Finance Corporat<br>Po Box 6429<br>Greenville, SC 29606-6429 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | End of Label Matrix<br>Mailable recipients    17<br>Bypassed recipients     0<br>Total                  17 |